# SUMF Exhibit P – Supp. Rep. of Harrington

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **STEPHANIE CAMPBELL** | § § | |
| Plaintiff, | § | Case No. 4:21-CV-00557-RK |
| | § | |
| v. | § | |
| | § | |
| **GANNETT COMPANY, INC. et.al.** | § | |
| | § | |
| Defendants. | § | |

## Supplemental Expert Report On Damages

Of

James Harrington, CPA, CFF

December 9, 2022





(Supp. Rep. of Harrington)

Confidential/Subject To Protective Order

## Table of Contents

INTRODUCTION ..................................................................................................................................3

UPDATED CALCULATIONS .............................................................................................................3

**UPDATED ATTACHMENTS**

| | |
|---|---|
| UPDATED ATTACHMENT B | Documents and Information Considered |
| UPDATED ATTACHMENT 200 | Summary of Digital Advertising and Digital Only Subscriber Revenue During Period of Infringement |
| UPDATED ATTACHMENT 201 | Summary of Digital Advertising Revenue Earned During Period of Infringement |
| ATTACHMENT 202 | Calculation of Gannett's Digital Advertising Revenue Earned on Infringing Affiliate Sites |
| ATTACHMENT 210 | Calculation of Digital Only Subscriber Revenue Earned on Infringing Affiliate Sites During Period of Infringement |
| ATTACHMENT 211 | Calculation of Increase in New Digital Only Subscribers and Average Revenue Per Subscriber |

Confidential - Subject To Protective Order

# INTRODUCTION

1. I have been asked to supplement my September 8, 2022, Report ("Initial Report")[1] in this matter to address certain testimony provided by a Gannett corporate deponent in a recent deposition.[2] Based on the testimony provided, I have updated my calculation of Gannett's digital advertising revenues earned during the period of infringement. This Report also provides a calculation of digital only subscriber revenues earned by Gannett through new subscribers generated by the accused infringing sites.

# UPDATED CALCULATIONS

2. The following sections discuss my updated calculations.

   ### A. Gannett's DMS Segment Advertising Revenues

3. I have been informed that the Gannett DMS business segment should not be included in determining Gannett's revenues in this matter as that segment provides services unrelated to the assumed infringing activities. Accordingly, I have updated my analysis to eliminate revenues from the DMS Segment.

   ### B. Gannett's Digital Advertising Revenues

4. During the Gannett corporate deposition previously referenced, Gannett provided testimony regarding monthly digital advertising revenues earned in the 2020 timeframe. I have updated

---

[1] This Supplemental Report incorporates my entire Initial Report by reference.
[2] 30(b)(6) deposition of Gannett Co. by Tim Wolfe dated 12/2/22.

3

Case 4:21-cv-00557-RK   Document 91-2   Filed 01/06/23   Page 4 of 13

Confidential – Subject To Protective Order

my calculation of digital advertising revenues earned by the Gannett Defendants based on the testimony provided by Gannett.

5. According to Gannett, in 2020, Gannett earned approximately $7.0 million to $10.0 million each month from programmatic advertising on its affiliate sites. Additionally, Gannett earned approximately $7.0 million to $10.0 million each month in digital advertising generated through its own internal advertising sales efforts.

6. Using the monthly advertising revenue estimates testified to by Gannett, I have determined Gannett generated between $168 million and $240 million in digital advertising revenue in 2020. The reasonableness of this calculation is confirmed by comparison to the $341 million in total digital media advertising revenue as disclosed in Gannett's 2020 Annual Report.[3]

7. Based on the Gannett corporate digital advertising revenue estimates, I have calculated a range of total digital advertising revenue earned by Gannett on the infringing affiliate sites during the assumed period of infringement. The following Chart summarizes the amounts.[4]

---

[3] Gannett Company, Inc. Annual Report 2020 (GANNETT_CAMPBELL_000031-157 at GANNETT_CAMPBELL_000078).
[4] See UPDATED ATTACHMENT 201 for the detailed calculation.



Confidential - Subject To Protective Order

| Gannett Digital Advertising Revenue During Period Of Infringement ($ in Thousands) | | | |
|---|---|---|---|
|  | Low End | Mid | High End |
| 2020 | $ 7,032 | $ 8,539 | $ 10,045 |
| 2021 | 417 | 507 | 596 |
| Total | $ 7,449 | $ 9,046 | $ 10,641 |

### C. Gannett's Digital Only Subscriber Revenues

8. I understand that when the Gannett Defendants displayed the Sowers Photograph, the infringing page also contained a "Subscribe Now" button allowing users to purchase a subscription to the on-line site. As such, I have been asked to estimate the amount of subscriber revenue generated by the Gannett Defendants during the period of infringement.[5]

9. According to Gannett's 2020 Annual Report, Gannett recorded digital only circulation revenues of approximately $75.3 million in 2020.[6] Further, Gannett reported that digital only subscribers increased by 29% in 2020 to a total of approximately 1.1 million digital only subscribers.[7] I have used these disclosed data points in my analysis to calculate the digital

---

[5] It should be noted that Gannett has not produced data related to new digital only subscribers by affiliate or specific digital only subscriber revenue generated. As such, I have relied on overall data disclosed by Gannett in its 2020 Annual Report in completing my analysis (Gannett Company, Inc. Annual Report 2020 (GANNETT_CAMPBELL_000031-157)).

[6] Gannett Company, Inc. Annual Report 2020 (GANNETT_CAMPBELL_000031-157 at GANNETT_CAMPBELL_000078).

[7] Gannett Company, Inc. Annual Report 2020 (GANNETT_CAMPBELL_000031-157 at GANNETT_CAMPBELL_000079).

5



only subscription revenue generated by the Gannett Defendants during the period of infringement. ATTACHMENTS 210 and 211 provide the details of my analysis.

10. The following Chart summarizes the Gannett Defendants' new digital only subscriber revenue generated during the period of infringement.

| **Gannett New Subscriber Revenue During Period Of Infringement ($ in Thousands)** | | | |
|---|---|---|---|
| | 2020 | 2021 | Total |
| Digital Only Subscriber Revenue | $ 717 | $ 43 | $ 760 |

### D. Total Gannett Defendants' Revenues During Period Of Infringement

11. The following Chart summarizes the total digital advertising and digital only subscriber revenues earned by Gannett during the period of assumed infringement.

| **Gannett Digital Advertising & Subscriber Revenue During Period Of Infringement ($ in Thousands)** | | | |
|---|---|---|---|
| | Low End | Mid | High End |
| Digital Advertising Revenue | $ 7,449 | $ 9,046 | $ 10,641 |
| Digital Only Subscriber Revenue | 760 | 760 | 760 |
| Total | $ 8,209 | $ 9,806 | $ 11,401 |

Confidential - Subject To Protective Order

Campbell v. Gannett Company, Inc., et al.
**Documents and Information Considered**

| Beginning Bates | | Ending Bates | | Beginning Bates | | Ending Bates | |
|---|---|---|---|---|---|---|---|
| GANNETT_CAMPBELL | 000001 | GANNETT_CAMPBELL | 000363 | IPG | 000001 | IPG | 000031 |

**Documents Not Bearing Batestamping**

**Court documents**

1. Defendant Gatehouse Media Ohio Holdings II, Inc.'s Objections and Responses to Plaintiff's First Request for Production
2. Defendant Gannett Vermont Publishing Inc.'s Objections and Responses to Plaintiff's First Request for Production
3. Defendant Gannett Satellite Information Network, LLC's Objections and Responses to Plaintiff's First Request for Production
4. Defendant Gannett River State Publishing Corporation's Objections and Responses to Plaintiff's First Request for Production
5. Defendant Gannett MHC Media Inc.'s Objections and Responses to Plaintiff's First Request for Production
6. Defendant Visalia Newspapers LLC's Objections and Responses to Plaintiff's First Request for Production
7. Defendant Phoenix Newspapers, Inc.'s Objections and Responses to Plaintiff's First Request for Production
8. Defendant the News Journal Company's Objections and Responses to Plaintiff's First Request for Production
9. Defendant Memphis Publishing Company's Objections and Responses to Plaintiff's First Request for Production
10. Defendant LMG Rhode Island Holdings, Inc.'s Objections and Responses to Plaintiff's First Request for Production
11. Defendant Phoenix Newspapers, Inc.'s Objections and Answers to Plaintiff's First Set of Interrogatories
12. Defendant the News Journal Company's Objections and Answers to Plaintiff's First Set of Interrogatories
13. Defendant Memphis Publishing Company's Objections and Answers to Plaintiff's First Set of Interrogatories
14. Defendant LMG Rhode Island Holdings, Inc.'s Objections and Answers to Plaintiff's First Set of Interrogatories
15. Defendant Journal Sentinel, Inc.'s Objections and Answers to Plaintiff's First Set of Interrogatories
16. Defendant Gatehouse Media Ohio Holdings II, Inc.'s Objections and Answers to Plaintiff's First Set of Interrogatories
17. Defendant Gannett Vermont Publishing Inc.'s Objections and Answers to Plaintiff's First Set of Interrogatories
18. Defendant the Courier Journal, Inc.'s Objections and Answers to Plaintiff's First Set of Interrogatories
19. Defendant Gannett River State Publishing Corporation's Objections and Answers to Plaintiff's First Set of Interrogatories
20. Defendant Gannett MHC Media Inc.'s Objections and Answers to Plaintiff's First Set of Interrogatories
21. Defendant's Response and Objections to Plaintiff's First Request for Production of Documents Directed to Gannett Company, Inc.
22. Defendant CA Florida Holdings, LLC's Objections and Responses to Plaintiff's First Request for Production
23. Defendant Des Moines Register & Tribune Company's Objections and Responses to Plaintiff's First Request for Production
24. Defendant the Journal Sentinel, Inc.'s Objections and Responses to Plaintiff's First Request for Production
25. Defendant Gannett Co., Inc.'s Objections and Answers to Plaintiff's First Request for Interrogatories
26. Defendant Des Moines Register & Tribune Company's Objections and Answers to Plaintiff's First Request for Interrogatories
27. Defendant Visalia Newspapers LLC's Objections and Answers to Plaintiff's First Request for Interrogatories
28. Defendant Gannett Satellite Information Network, LLC's Objections and Answers to Plaintiff's First Request for Interrogatories

**Other**

1. Gannett Co., Inc. December 31,2021 Form 10-K
2. Settlement Agreement and Release - Viacom International Inc.
3. Settlement, License and Release Agreement - Wala-TV (FOX10)
4. License Agreement and Mutual Release - NBCBA
5. Settlement, License and Release Agreement - Oath Inc.
6. Settlement and Release Agreement - Cox Enterprises, Inc.
7. Settlement, License and Release Agreement - Goshen College, Inc.
8. License Agreement and Release of All Claims - ESPN, Inc.
9. Settlement Agreement and Specific Release - KGO Television, Inc.
10. Catch & Release Copyright License Agreement
* 11. Audio files of Gannett 30(b)(6) deposition by Tim Wolfe dated 12/2/22

* Added

**Stephanie Campbell v. Gannett Company, Inc. et.al.**
**Summary Of Digital Advertising And Subscriber Revenue Earned During Assumed Period Of Infringement (1/29/20 - 1/20/21)**
($ In Thousands)

| | Low End | Mid | High End |
|---|---|---|---|
| **2020** | | | |
| Digital Advertising Revenue Earned During Assumed Infringing Period | $ 7,032 | $ 8,539 | $ 10,045 |
| Digital Only Subscriber Revenue Earned During Infringing Period | 717 | 717 | 717 |
| Total | $ 7,749 | $ 9,256 | $ 10,762 |
| **2021** | | | |
| Digital Advertising Revenue Earned During Assumed Infringing Period | $ 417 | $ 507 | $ 596 |
| Digital Only Subscriber Revenue Earned During Infringing Period | 43 | 43 | 43 |
| Total | $ 460 | $ 550 | $ 639 |
| ***Total Earned During Assumed Infringing Period*** | | | |
| Digital Advertising Revenue Earned During Assumed Infringing Period | $ 7,449 | $ 9,046 | $ 10,641 |
| Digital Only Subscriber Revenue Earned During Infringing Period | 760 | 760 | 760 |
| Total | $ 8,209 | $ 9,806 | $ 11,401 |

Source: Updated Attachment 201 and Attachment 210.

Confidential
Subject To Protective Order

**Stephanie Campbell v. Gannett Company, Inc. et.al.**
**Summary Of On-Line Advertising Revenue Earned**
**During Assumed Period Of Infringement (1/29/20 - 1/20/21)**
*($ In Thousands)*

### 2020

| | | Low End | Mid | High End |
|---|---|---|---|---|
| Estimated Annual Digital Advertising Revenue Earned By Infringer | A | $ 7,616 | $ 9,248 | $ 10,880 |
| Revenue Per Day | B=A/365 | $ 20.87 | $ 25.34 | $ 29.81 |
| Assumed Days of Infringement In Year | C | 337 | 337 | 337 |
| Revenue Earned During Assumed Infringing Period | D=B*C | $ 7,032 | $ 8,539 | $ 10,045 |

### 2021

| | | Low End | Mid | High End |
|---|---|---|---|---|
| Estimated Annual Digital Advertising Revenue Earned By Infringer | E=A | $ 7,616 | $ 9,248 | $ 10,880 |
| Revenue Per Day | F=E/365 | $ 20.87 | $ 25.34 | $ 29.81 |
| Assumed Days of Infringement In Year | G | 20 | 20 | 20 |
| Revenue Earned During Assumed Infringing Period | H=F*G | $ 417 | $ 507 | $ 596 |

### *Total Earned During Assumed Infringing Period*

| | | Low End | Mid | High End |
|---|---|---|---|---|
| Estimated Annual Digital Advertising Revenue Earned By Infringer | I=D+H | $ 7,449 | $ 9,046 | $ 10,641 |

Note: Assumed days of infringement based on Gannett disclosure of days Sowers Photograph was assumed to be on the accused infringer's websites. If ongoing discovery indicates the infringing period differs from the disclosed dates this calculation may be updated to reflect the change.

Source: Attachment 202

Confidential
Subject To Protective Order

**Stephanie Campbell v. Gannett Company, Inc. et.al.**

**Calculation Of Gannett's Digital Advertising Revenue Earned on Infringing Sites**

($ In Thousands)

| | | Digital Advertising Revenue | | |
|---|---|---|---|---|
| | | Low End | Mid | High End |
| Gannett Monthly Programmatic Advertising Revenue | A | $ 7,000 | $ 8,500 | $ 10,000 |
| Gannett Monthly Direct Advertising Revenue | B | 7,000 | 8,500 | 10,000 |
| Total Monthly Digital Advertising Revenue | C=A+B | $ 14,000 | $ 17,000 | $ 20,000 |
| Months | D | 12 | 12 | 12 |
| Total Annual Digital Advertising Revenue | E=C*D | $ 168,000 | $ 204,000 | $ 240,000 |
| Total Gannett Affiliate Sites | F | 375 | 375 | 375 |
| Annual Digital Advertising Revenue Per Site | G=E/F | $ 448 | $ 544 | $ 640 |
| Currently Accused Infringers | H | 17 | 17 | 17 |
| Annual Digital Advertising Revenue Earned By Infringers | I=G*H | $ 7,616 | $ 9,248 | $ 10,880 |

Sources: Gannett Company, Inc. Annual Report 2020 (GANNETT_CAMPBELL_000031-157) and 30(b)(6) testimony of Gannett by Tim Wolfe dated 12/2/22.

Confidential
Subject To Protective Order

ATTACHMENT 210

**Stephanie Campbell v. Gannett Company, Inc. et.al.**
**Calculation Of Subscriber Revenue Earned On Infringing Sites**

|  |  | 2020 | 2021 | Total |
|---|---|---:|---:|---:|
| Digital Only Subscribers Added In 2020 Through Infringing Sites | A | 11,203 | 11,203 | 11,203 |
| Average Daily Subscriber Revenue Per Subscriber | B | $ 0.19 | $ 0.19 | $ 0.19 |
| New Subscriber Revenue Per Day Earned Through Infringing Sites | C=A*B | $ 2,129 | $ 2,129 | $ 2,129 |
| Assumed Days of Infringement In Year | D | 337 | 20 | 357 |
| Total Subscriber Revenue Earned Through Infringing Sites | E=C*D | $ 717,473 | $ 42,580 | $ 760,053 |

Sources:
A) Attachment 211.
B) Attachment 211.
C) Calculated.
D) Calculated.
E) Calculated.

Confidential
Subject To Protective Order

**Stephanie Campbell v. Gannett Company, Inc. et.al.**
**Calculation Of Increase In Digital Only Circulation Revenue**
**And Average Revenue Per Subscriber**

| | | | |
|---|---|---|---|
| Digital Only Subscribers As Of December 31, 2020 | $A$ | | 1,100,000 |
| Estimate Of Subscribers As Of December 31, 2019 | $B=A/1.29$ | | 852,713 |
| Estimate Of New Digital Only Subscribers Added In 2020 | $C=A-B$ | | 247,287 |
| Total Gannett Affiliate Sites | $D$ | | 375 |
| Average New Digital Only Subscribers Per Site | $E=C/D$ | | 659 |
| Currently Accused Infringers | $F$ | | 17 |
| Estimate Of New Digital Only Subscribers Added In 2020 Through Infringing Site | $G=E*F$ | | **11,203** |
| Digital Only Subscriber Revenue Earned In 2020 | $H$ | $ | 75,288,000 |
| Digital Only Subscribers As Of December 31, 2020 | $I$ | | 1,100,000 |
| Average Annual Subscriber Revenue Per Subscriber | $J=H/I$ | $ | 68.44 |
| Average Monthly Subscriber Revenue Per Subscriber | $K=J/12$ | $ | 5.70 |
| Average Daily Subscriber Revenue Per Subscriber | $L=J/365$ | **$** | **0.19** |

Sources:
A) Gannett Company, Inc. Annual Report 2020 (GANNETT_CAMPBELL_000031-157)
B) According to the Gannett 2020 Annual Report, Gannett increased digital only subscribers by 29% in 2020.
C) Calculated.
D) Gannett Company, Inc. Annual Report 2020 (GANNETT_CAMPBELL_000031-157)
E) Calculated.
F) Report.
G) Calculated.
H & I) Gannett Company, Inc. Annual Report 2020 (GANNETT_CAMPBELL_000031-157)
J - L) Calculated.

Confidential
Subject To Protective Order