# SUMF Exhibit K – Gannett_campbell_006-7

**From:** Suter, Rick <RSuter@gannett.com>
**Sent:** Wednesday, January 29, 2020 1:27 PM
**To:** Chelsea Hawkins <chawkins@we-worldwide.com>
**Subject:** Re: Microsoft submission to ad meter

Hi Chelsea,

Sorry for the delayed response—busy day.

I have the spot ready to go live on Ad Meter... just need to know what quarter it is airing, please.

Thank you,

Rick

**From:** Chelsea Hawkins <chawkins@we-worldwide.com>
**Sent:** Wednesday, January 29, 2020 10:07 AM
**To:** Suter, Rick <RSuter@gannett.com>
**Subject:** RE: Microsoft submission to ad meter

Good morning, Rick,

I wanted to follow up on my submission of the Microsoft Super Bowl ad, "Be The One" (linked below). Can we please be included as part of the USA Today Ad Meter? If there is additional information you need from us, please let me know.

Thanks,
Chelsea



CHELSEA HAWKINS
Account Manager
P 425.638.7343    M 206.556.1653
LinkedIn

1

Case 4:21-cv-00557-RK   Document 96-10   Filed 01/06/23   Page 2 of 3



SUMF Ex. K –
(Gannett_campbell_006-7)

Gannett_campbell_000006

**From:** Chelsea Hawkins
**Sent:** Tuesday, January 28, 2020 7:13 AM
**To:** 'RSuter@gannett.com' <RSuter@gannett.com>
**Subject:** Microsoft submission to ad meter

Hi Rick,

I would like to submit Microsoft's 2020 Super Bowl ad, "Be The One," featuring Katie Sowers to the USA Today Ad Meter. The video is available on YouTube: https://youtu.be/_xPn4DXIj5w

You can access campaign images via download from this link: https://www.webcargo.net/l/pzy8spyV7B/

If there are any questions, please let me know.

Thanks!
Chelsea



CHELSEA HAWKINS
Account Manager
P 425.638.7343   M 206.556.1653
LinkedIn

2

Case 4:21-cv-00557-RK   Document 96-10   Filed 01/06/23   Page 3 of 3

Gannett_campbell_000007