Showing 1 out of 1.    Relevance

### Ad Meter 2020: Microsoft

Ad Meter 2020: Microsoft highlights Katie Sowers journey to the Super Bow[l]

Super Bowl Ad Meter | Super Bowl Ads | Microsoft | San Francisco 49ers | Su[...]

⊘ unpublished   1y | USA TODAY | sports/Ad-Meter

4597663002

View Live
Edit video

**Authoring Type**
Video

**Credit / Byline**
Not set

**Created By:**
jrindner@usatoday.com

**Last Updated By:**
mtrautmann@gannett.com

**Source**
USA TODAY

**Classification**
sports/Ad-Meter

**Initial Publish**
01/28/20 12:07:54 PM

EXHIBIT 3

Case 4:21-cv-00557-RK   Document 113-22   Filed 03/06/23   Page 1 of 1
GANNETT_CAMPBELL_000169