

EXHIBIT 7

Case 4:21-cv-00557-RK   Document 113-24   Filed 03/06/23   Page 1 of 15   PLT-000033

**SUBSCRIBE NOW**
$1 for 3 months. Save 97%.

**SUBSCRIBE NOW**
$1 for 3 months. Save 97%.

News | [Sports] | SFBJ | Life | Opinion | Obituaries | E-Edition | Legals



Subscribe
Sign In
Play

# Ad Meter 2020: Microsoft

Ad Meter 2020: Microsoft highlights Katie Sowers journey to the Super Bowl.

USA TODAY
Published 11:07 a.m. CT Jan. 28, 2020

This article is FREE to your community.

## Watch Next

 **Daily police briefing 11-13: Three arrested in with homicide**

*Notice our new look? As you get used to things, please <u>let us know what you think!</u>*

Case 4:21-cv-00557-RK   Document 113-24   Filed 03/06/23   Page 3 of 15         PLT-000035

© 2021 www.argusleader.com. All rights reserved.


Case 4:21-cv-00557 Document 113-24 Filed 03/06/23 Page 5 of 15
PL24-00097


Case 4:21-cv-00557-RK   Document 113-24   Filed 03/06/23   Page 6 of 15   PZ-00098



Case 4:21-cv-00557-RK   Document 113-24   Filed 03/06/23   Page 7 of 15   PL4-00093



Case 4:21-cv-00557-RK    Document 113-24    Filed 03/06/23    Page 8 of 15



        



Microsoft "Be The One"



Minions



Case 4:21-cv-00557-RK   Document 113-24   Filed 03/06/23   Page 10 of 15

LT-000042



Case 4:21-cv-00557-RK    Document 113-24    Filed 03/06/23    Page 11 of 15

PLT-000943

SUBSCRIBE NOW
$3 for 3 months. Save 99%.

courier journal

SUBSCRIBE NOW
$3 for 3 months. Save 99%.

News  [ Sports ]  Life  Opinion  Elections  Nation / World  Obituaries  E-Edition  Legals



## Ad Meter 2020: Microsoft

Ad Meter 2020: Microsoft highlights Katie Sowers journey to the Super Bowl.

USA TODAY
Published 12:07 p.m. ET Jan. 26, 2020

### More Videos



**KHSAA state field hockey final: Mitchell, Vinson, Mayer assess win**
Sacred Heart field hockey is feeling great after taking down CAL in overtime to win the state title.
SPORTS Nov. 12, 2020



**KHSAA state field hockey championship: Sacred Heart beats CAL in OT**
Highlights of the overtime state championship field hockey win for Sacred Heart against Christian Academy.
SPORTS Nov. 12, 2020

**John Schlarman instilled his identity on Kentucky's offensive line**
Kentucky football's vaunted offensive line built its success by taking on the identity of coach John Schlarman, according to Mark Stoops.
SPORTS Nov. 12, 2020

### Watch Next


**Louisville's Javian Hawkins opts out to embark on pro career**
SPORTS


**John Schlarman: Landon Young remembers UK offensive line coach**
SPORTS


**Matthew Mitchell: Mitch Barnhart explains retirement conversations**
SPORTS

*Notice our new look? As you get used to things, please let us know what you think!*

Case 4:21-cv-00557-RK   Document 113-24   Filed 03/06/23   Page 12 of 15                    PLT-000044

SUBSCRIBE NOW
$3 for 3 months. Save 90%.

**delaware online**

SUBSCRIBE NOW
$3 for 3 months. Save 90%.

News  [ Sports ]  Crime  Life  Elections  Nation / World  Obituaries  E-Edition  Legals  Subscribe  Sign In



## Ad Meter 2020: Microsoft

Ad Meter 2020: Microsoft highlights Katie Sowers journey to the Super Bowl.

USA TODAY
Published 12:07 p.m. ET Jan. 28, 2020

### Watch Next




Eagles react after 27-17 loss to Giants
SPORTS

■ FOR SUBSCRIBERS

Delaware High School Football: Week Four Highlights
SPORTS

■ FOR SUBSCRIBERS

Video highlights: Hodgson 61, William Penn 88
SPORTS

*Notice our new look? As you get used to things, please let us know what you think!*

### More Videos



**Dueling opinions: Should the DIAA realign high school football?**
Sports reporters Brad Myers and Kevin Tresolini discuss the Delaware Interscholastic Athletic Association board of directors pending decision regarding the realignment proposal for high school football.
SPORTS Nov. 11, 2020

■ FOR SUBSCRIBERS
**Woodbridge wins delayed football opener**
Woodbridge had an easy time in its delayed football season opener on Monday night, blanking Lake Forest 35-0.
SPORTS

■ FOR SUBSCRIBERS
**DMA's Devon Green racking up the yards**

SUBSCRIBE NOW
$1 for 3 months. Save 97%.

Des Moines Register

SUBSCRIBE NOW
$1 for 3 months. Save 97%.

News [ Sports ] Things To Do | Opinion | Business | Nation / World | Obituaries | E-Edition | Legals | 35°F | Subscribe | Sign In

## Watch Next



### Ad Meter 2020: Microsoft

Ad Meter 2020: Microsoft highlights Katie Sowers journey to the Super Bowl.

USA TODAY

Published 11:07 a.m. CT Jan. 28, 2020

## More Videos



### Gannon Gremmel, Cam Robinson recap Iowa State's two dual victories on Sunday

Gannon Gremmel and Cam Robinson recap Iowa State's two dual victories on Sunday. Both went 2-0 against Loras and Nebraska-Kearney.

Bettendorf's Griffin Liddle on wrestling, football, Iowa and his high school career
SPORTS

Bettendorf's Bradley Hill bumps up to 220 and wins the Midwest Shootout
SPORTS

Waverly-Shell Rock's McCrae Hagarty takes down No. 3 and No. 1 in back-to-back weeks
SPORTS

Notice our new look? As you get used to things, please let us know what you think!

This article is FREE to your community.



Case 4:21-cv-00557-RK   Document 113-24   Filed 03/06/23   Page 14 of 15

PLT-000046

