# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| STEPHANIE CAMPBELL, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 4:21-cv-00557-RK |
| v. | ) |
| GANNETT COMPANY, INC., et al., | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO EXCLUDE PORTIONS OF THE PROFFERED EXPERT TESTIMONY OF JAMES HARRINGTON

Defendants pursuant to Federal Rules of Evidence 702 and 703 move to exclude portions of the proffered expert testimony of Plaintiff's expert witness James Harrington (1) regarding Defendants' total revenues and (2) that Defendants would have entered into more than one separate license agreement for the photograph that forms the subject matter of this action alleging copyright infringement. In support of this Motion, Defendants state:

1. Plaintiff has disclosed James Harrington, CPA, CFF, as an expert witness to testify about Plaintiff's alleged damages, assuming Defendants infringed on Plaintiff's copyrighted photograph of Katie Sowers ("Sowers Photo"). (Doc.#: 63).

2. Mr. Harrington has issued two reports in this case. The opinions expressed in those reports, with the exception of the opinion regarding the licensing value of the Sowers Photo, exceed the permissible bounds of expert testimony and should be excluded by this Court.

3. Harrington's proposed testimony about Defendants' combined revenue from all advertising and subscriptions derived from all content on their websites should be excluded because he does not and cannot attribute those revenues to the allegedly infringed Sowers Photo

or explain how those revenues are the result of, or attributable to, Defendants' alleged infringement.

4. Harrington's proposed testimony on actual damages, which multiplies the licensing value of the Sowers Photo by the number of Defendants, is divorced from reality and the facts pertaining to licensing in the industry and Defendants' own licensing practices.

5. In support of this Motion, Defendants file herewith Defendants' Suggestions in Support of Motion to Exclude Portions of Proffered Expert Testimony of James Harrington.

WHEREFORE, for the reasons explained herein and the accompanying Suggestions in Support, this Court should enter an Order excluding Mr. Harrington from testifying (1) regarding Defendants' total revenues and (2) that Defendants would have entered into more than one separate license agreement for the Sowers Photo.

Respectfully submitted,

**LEWIS RICE LLC,**

By:*/s/ Joseph E. Martineau*
Joseph E. Martineau, #32397MO
Lindsey M. Bruno, #73055MO
600 Washington Avenue, Suite 2500
St. Louis, MO 63101-1311
Telephone: 314.444.7729
Fax: 314.612.7729
jmartineau@lewisrice.com

Scott A. Wissel
1010 Walnut, Suite 500
Kansas City, MO 64106
Telephone: 816.472.2568
Fax: 816.472.2500

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 17th day of March, 2023, a true copy hereof was electronically filed with the Clerk of the Court using the CM/ECF system and by virtue thereof served upon the following counsel of record:

Arthur K. Shaffer
McDowell, Rice, Smith &
Buchanan, P.C.
605 W. 47th St., Suite 350
Kansas City, MO 64112
Telephone: (816) 753-5400
Facsimile: (816) 753-9996

*Attorneys for the Plaintiff*

By: /s/ Joseph E. Martineau