# Daubert Mot. (Harrington) Exhibit D – (000260-000268)



# GANNETT

7950 Jones Branch Drive
McLean, Virginia 22108
(703) 854-3719

Effective Date: December 15, 2015

Dear Freelancer,

This letter sets forth the terms of the agreement between you and Gannett Satellite Information Network, Inc., publisher of USA TODAY, USA TODAY Sports Weekly, USATODAY.COM, and USA TODAY LIVE (collectively "USA TODAY," "us" or "we"), regarding assignments you take and complete for USA TODAY and non-assignment works you provide to USA TODAY. By signing and returning this letter to USA TODAY, you agree to the terms set forth below:

## 1. Assignments, Rights to Use Works:

With regard to any assignment you complete for USA TODAY, in exchange for your work and the rights described in this letter, we will pay you the rates set forth in the attached schedule. As used in this letter, the term "Work" means and includes: (i) all the photographs taken by you as part of an assignment for USA TODAY, photographs that are near duplicates, as that term is commonly understood in the industry, and all derivative works created from these photographs and near duplicates (collectively "Photographs"), and (ii) any other work, including, but not limited to, videos, audio and other material, created and/or taken by you as part of an assignment for USA TODAY, works that are near duplicates, and all derivative works created from these works and near duplicates. As a condition of these payments, you agree the terms set forth in this letter.

The Works will be works made for hire under the U.S. copyright laws. If a court determines that this agreement does not provide for the creation of works made for hire, then you hereby grant USA TODAY, Gannett Co., Inc., and their respective affiliated companies the rights set forth in the remainder of this Section 1. You grant USA TODAY, Gannett Co., Inc., and their respective affiliated companies and licensees the right to reproduce, distribute, license, display, alter, retouch, adapt, modify, transmit, edit, crop and otherwise use and reuse the Works for any purpose and in any manner or medium throughout the world in perpetuity without additional compensation.

For each Work, the license you grant herein shall be an exclusive license for thirty (30) days after such Work is published by Gannett Co. Inc., USA TODAY, and/or their respective subsidiaries, affiliates, affiliated companies and licensees, including, but not limited to, their publications, television stations, websites and social media platforms. Please contact USA TODAY if you would like to publish a Work during this thirty (30) day period, and USA TODAY will consider your request. After the expiration of this thirty (30) day period, this license will become non-exclusive. This non-exclusive license will survive the expiration or termination of this Agreement.

USA TODAY is entitled to keep file copies of all Works, whether or not USA TODAY, Gannett Co., Inc., or their respective affiliated companies or licensees elect to publish them and/or to exercise the rights to the use or reuse of such Works in accordance with this letter agreement without additional compensation to you. Even if USA TODAY returns the Works or copies of the Works to you, including digital files, original negatives, or transparencies, USA TODAY retains the right to keep copies of the Works in its archive and to use and reuse the Works in accordance with this letter agreement without additional compensation to you.

## 2. Criteria for Submission of Works and Photographs:

When you accept and complete an assignment for USA TODAY, you agree to provide USA TODAY with ALL of the Works you take while on that assignment regardless of the form of those Works (e.g., photographs, video, audio, digital files, negatives, transparencies). In addition to any other rights or remedies we may have at law, equity or under this Agreement, USA TODAY also reserves the right to withhold any or all of your compensation for the assignment if you do not provide USA TODAY with all of the Works you take while on assignment.



**Daubert Mot. (Harrington) Ex. D -**
**(000260-000268)**
exhibitsticker.com

You agree that you will not modify, tone, retouch or crop the Works you supply to USA TODAY other than adding caption and IPTC data. You agree that you will not alter the image file number created by your digital camera (video or still) and that you will set your cameras (video or still) to the correct local date and time so that accurate IPTC create date and time is preserved.

If shooting Photographs in RAW file format, JPEG files of all Photographs must be provided in addition to the original RAW files.

Your creative input is appreciated: you may additionally submit duplicate toned or cropped Photographs as suggestions for how the Photographs might be used. These Photographs must be in a separate folder and clearly marked.

USA TODAY will not accept Photographs taken on film. All Photographs are to be taken with digital cameras unless otherwise approved in advance by your assigning USA TODAY editor.

USA TODAY will accept digital files from professional, industry standard digital cameras and professional video cameras and audio equipment.

You will transmit electronically the works to USA TODAY. If requested, within 24 hours of the electronic transmission, you must provide USA TODAY with digital media (CD, DVD, thumb drive, etc.) with ALL Works taken for the assignment. Digital media are reimbursed at $15 each. Digital media submitted to USA TODAY will not be returned. In addition, if mutually agreed on in advance by you and your USA TODAY photo editor, USA TODAY will also pay you for electronic transmission of the Works to USA TODAY in accordance with the transmission rates set forth in the attached fee schedule.

## 3. Expenses:

We will reimburse you for travel expenses that include your meals on an overnight assignment, regular or coach class transportation, telephone costs, and reasonable hotel expenses provided that we have agreed on and approved the arrangements and expenses in advance. We may also reimburse you for expenses you incur for assistants, equipment rental or any unusual expense provided that we have agreed on and approved the arrangements and expenses in advance. We will not pay for meals on one-day assignments. If you drive your own car on an assignment, we will reimburse you at the rate of 35 cents per mile provided that we have agreed on and approved such expense in advance. In order to obtain your reimbursement, you will need to provide us with an itemized invoice as well as receipts for any approved, reimbursable expenses.

You agree to bill us for assignment fees and expenses within 7 business days after the date of the assignment. In order to expedite our payment of the invoices, you must include the following information on the invoice: the applicable USA TODAY job number, your Social Security number (or Tax I.D. number) and the name of the assigning picture editor at USA TODAY.

Invoices must be sent in one of three ways:

> Email: 888-531-7699@onlinecapturecenter.com (fastest method of payment)
> Fax: 888-531-7699
> Regular mail:
>
> > USA Today
> > P.O. Box 6035
> > Mail Stop 8872
> > Portland, OR 97208-6035

## 4. Non-Assignment Works, Rights to Use:

With regard to any photographs or other work offered by you or requested by USA TODAY on a speculative basis and outside of the assignments described in Section 1 of this Agreement and accepted for use or publication by USA TODAY, Gannett Co., Inc., or their respective affiliated companies or licensees ("Non-Assignment Works"), in exchange for your work and the rights described in this letter, we will pay you the rate for each Non-Assignment Work set forth in the attached fee schedule that corresponds to our first use of such Non-Assignment Work. After this one-time payment for a Non-Assignment Work, we may make additional uses of such Non-Assignment Work without additional compensation to you. As a condition of these payments, you agree to give USA TODAY the rights set forth in this letter agreement as to the Non-Assignment Works. All Non-Assignment Works you submit to USA TODAY must meet the same criteria as for Works and assignment Photographs described in Section 2.

You grant USA TODAY, Gannett Co., Inc., and/or their respective affiliated companies and licensees the non-exclusive right to reproduce, distribute, license, display, alter, retouch, adapt, modify, transmit, edit, crop and otherwise use and reuse the Non-Assignment Works for any purpose and in any manner or medium throughout the world in perpetuity without additional compensation.

GANNETT_CAMPBELL_000261

You agree that the rights granted herein include the right to digitize or otherwise electronically scan, store or use the Non-Assignment Works for archival purposes without additional compensation.

## 5. General Terms:

When you provide us with Works or Non-Assignment Works containing images of people, it is important that you obtain the full names, phone numbers and correct spellings of all persons appearing in the Works and Non-Assignment Works. Also, please obtain written consents from persons appearing in the Works and Non-Assignment Works if such consents are necessary. If you aren't certain as to whether consents are necessary, make sure you contact us immediately so that we can advise you.

You represent and warrant that the Works and Non-Assignment Works are your original work, that the Works have not been previously published, and that the use of the Works and Non-Assignment Works pursuant to this Agreement will not violate any law or right of third parties including the right of privacy or copyright or other proprietary or personal rights.

You agree to indemnify and hold harmless USA TODAY, Gannett Co., Inc., and their respective affiliated companies and licensees from any loss, claim, damages or expenses arising from your breach of this letter agreement, including any representations and warranties contained herein. This indemnification provision shall survive any termination or expiration of this letter agreement.

You agree that you are an independent contractor and that USA TODAY will not be liable for any of your acts or omissions in connection with the assignments you undertake, the Works and/or the Non-Assignment Works you submit under this letter agreement. You shall be solely responsible for the payment of any federal, state and local income, social security and/or self-employment taxes, and all necessary insurance, including workers compensation insurance with respect to the services provided under this letter agreement. You further agree that this letter agreement does not constitute an employment contract or an offer of employment. Under no circumstances will you be included in any employee benefit plan of USA TODAY and you waive any right to be so included. In addition, you agree that you will not request credentials on our behalf. If you need a credential in order to complete an assignment, please notify your photo editor, who will request the credential for you.

Although you are an independent contractor, you agree to conduct yourself in a manner consistent with the "Best Practices Guide" prepared for the USA TODAY staff that is attached to this letter agreement.

This letter agreement is effective as of the Effective Date written on the first page of this letter and constitutes the entire understanding, and supersedes any and all prior agreements, between you and USA TODAY as to the Works and Non-Assignment Photographs you provide to USA TODAY hereunder; it cannot be modified except by written agreement. Unless agreed to in a separate written agreement, this letter agreement shall apply to all Works and Non-Assignment Works you submit to USA TODAY. Facsimile, scanned or other electronic copies of this letter agreement that contain your signature shall be deemed an original. Please sign and return the Freelance Photography Agreement, AHC Direct Deposit Authorization, IRS W-9 and Minority Vendor form (optional) to Vicky Spigai, USA TODAY, 7950 Jones Branch Drive, McLean, VA 22108.  The fax number is 703-854-8055.

GANNETT_CAMPBELL_000262

 **GANNETT**

## Freelance Photography Agreement

**AGREED TO AND ACCEPTED:**
Please sign, date and complete this page, initial the preceding four pages, and return it with to the address below:

# SIGNATURE:_____

Date:

> **Vicky Spigai**
> **USATODAY**
> **7950 Jones Branch Dr.**
> **McLean, VA 22108**

First name:_____Middle initial:____Last name:_____

Credit (your byline): _____

Social Security number:_____Tax ID number: _____

Street address _____

City_____ _____State_____Zip _____

What is the major city nearest your location?_____

Home telephone_____

Work telephone_____

Cellular telephone_____

Fax number_____

Other phone numbers (specify) _____

Pager number and PIN _____

Email address _____

Website _____

Are you employed by a daily newspaper? _____

If so, which one? _____

Do you have lighting equipment? _____

If so, what type? _____

What type of digital camera equipment do you have? _____

Do you have video equipment? If so, what type? _____

Can you edit video? What editing equipment do you have? _____

Do you have a digital audio recorder and audio equipment? If so, what type? _____

**Please keep your contact information current by emailing update information to:**
**apscott@usatoday.com**

GANNETT_CAMPBELL_000263



## Photography Fees and Rates    GANNETT

**Day Rates for Assignment Works:**

**Full Day Rate:** $425.00
**Half Day Rate:** $250.00

**Expenses**: (with prior approval of USA TODAY) Mileage Rate $0.35/per mile

**Digital Media (CD, DVD, USB Flash Drive or other digital media) of Works:** (with prior approval of USA TODAY) $15.00 each

**Electronic transmission of Works:** (with prior approval of USA TODAY) $25.00 for any number of works

**USA TODAY will not pay for assistants or equipment rental without prior approval.**

**Rates for Use and Re-Use of Non-Assignment Works submitted by the Photographer:** For USA TODAY Print Publications, a one-time only payment, as set forth below, that corresponds to our first use of each such Non-Assignment Work.

| Size | Color | Black & White |
|---|---|---|
| 1 column | $100.00 | $50.00 |
| 2 columns | $150.00 | $75.00 |
| 3 columns or more | $200.00 | $125.00 |

**Online/Video/Social Media use:** an additional, one-time only $25.00 per Non-Assignment Work for use in connection with a story on the website, in a USA TODAY video segment or production, or use on social media platforms unrelated to a print or online story, video segment or production, provided that such online/video/social media use is contemporaneous with the first use of the Non-Assignment Work.

**USA TODAY Multimedia contacts**

| | | | | | |
|---|---|---|---|---|---|
| Andrew P. Scott | 703-854-3719 | Robin Smith (Life) | 703-854-4539 | Steve Elfers (Video) | 703-854-5931 |
| Tim Loehrke (News) | 703-854-5059 | David Baratz (Life) | 703-854-4508 | Shannon Green (Video) | 703-854-3760 |
| Christopher Powers (News) | 703-854-3432 | David Cooper (Sports) | 703-854-5981 | Rene Alston (Video) | 703-854-3868 |
| Evan Eile (News) | 703-854-5688 | Sean Dougherty (Sports) | 703-854-3742 | Gannett Video Prod Ctr | 404-733-2276 |
| Jud McCrehin (News) | 703-854-4593 | General photo desk | 703-854-3652 | | |

We strongly encourage you to caption photographs with PhotoMechanic, Photoshop or similar programs using the XMP file that is emailed with every assignment. The XMP file applies a caption template with keywords and other information to assure that the photos are accurately tagged for the USA TODAY system.

The XMP caption will contain subject information from the original assignment, which can be used to build a new caption.

## Best practices at USA TODAY

We at USA TODAY recognize our roles in safeguarding readers' trust and the values and responsibilities of our profession. The following guidelines help us maintain that trust. These are recommended practices for editorial staffers and are not the last word on these issues. As a result, these guidelines cannot establish standards of conduct for every situation. However, violations are considered serious actions and could lead to disciplinary action, including dismissal.

USA TODAY staff members do nothing dishonest or illegal to obtain or alter content. We do not use the words, photos or illustrations of another person or publication without attribution. We do not fabricate quotes, sources or information and then represent them as fact. We do not alter photographs beyond minimal adjustments of color or stage news photographs.

## Conflict

Some work situations and outside activities can cause real or perceived conflicts of interest. The Gannett Ethics Policy covers conflicts related to stocks and privileged information. Reporters and editors should not invest in companies or funds they regularly cover. Exceptions should be discussed with a supervisor.

In general, we pay our own way. We accept free tickets only when special seating is set aside for events we are covering. We pay for meals with sources or people in the news with a few common sense exceptions. We accept only nominal gifts of $25 or less; larger gifts are graciously returned or donated to charity. As a general rule, if you really want it, you should send it back.

## Outside activities

We work first for USA TODAY and at all times respect and protect its reputation. Outside activities, paid or unpaid, must not endanger our journalistic independence, infringe on work obligations nor assist competitors. In all cases, we do not accept honoraria for any activity that results from our affiliation with USA TODAY nor do we accept payment from anyone or any organization that we might cover or make news judgments about. More specific guidelines follow:

Freelance: Staffers need written prior approval to write books and articles, graphics, or other content for other publications regardless of the subject matter. USA TODAY retains the first right of refusal of any freelance idea by staff members.

Speaking engagements/media appearances: Opportunities to represent USA TODAY in public appearances or other media are governed by the rule that we remain as neutral and objective during an outside appearance or interview as we do when creating content. Appearances on TV and radio programs that showcase the media and add to the newspaper's reputation are encouraged and are considered outside employment for which payment can be accepted with the written approval of a supervisor. Teaching young journalists or speaking before other media professionals is also encouraged. We generally can accept reasonable reimbursement for travel expenses for speeches to approved organizations.

Resale of work: All work produced by staff members for use in USA TODAY or while on assignment are the property of the company and may not be sold or reproduced without the written approval of the newspaper.

Contests: We limit our entry and our judging of contests to those that are sponsored by journalism organizations or institutions recognizing journalistic excellence. We vote in polls related to content areas only after gaining the approval of a supervisor.

Community activity: Even in our private lives, we refrain from participating in activities that could compromise our integrity or damage our credibility. These can include marches or demonstrations for controversial causes generally covered by the newspaper, working in or funding partisan causes or disseminating personal opinions on the Web that could call into question our fairness or credibility.

In all cases of potential conflicts, when in doubt, ask.

## Content

Our main goal when creating content is to tell the truth as accurately and fairly as possible. The following guidelines can help us, but decisions that jeopardize our credibility should not be made in a vacuum. Supervisors should be consulted whenever questions arise.

## Accuracy

Accuracy guidelines and procedures for making clarifications and corrections are attached. Random, regular questionnaires are sent to sources identified in stories to assess accuracy and are shared with appropriate staffers.

GANNETT_CAMPBELL_000265

## Sources

The use of information and quotes obtained from unnamed sources can erode the confidence of readers and endanger the credibility of the newspaper. For that reason we use unnamed sources sparingly. The complete policy for the use of information obtained from sources is attached to this document.

## Attribution

Readers have a right to know the origin of information in each story, photo and graphic. It is best to attribute within the body of the story all facts and information from the wires and other media not confirmed by a second source. We do not attribute events we witness, information considered common knowledge or information confirmed by multiple sources.
In general, we state the origin of information gleaned from a document or e-mail but explain that reporting was done by telephone only when it helps the reader better understand the content or logistics of the interview.

## Bylines, datelines and taglines

Datelines help us give readers the most accurate accounting of where information for a story was gathered. Bylines and taglines explain who wrote the story or contributed to it. We use datelines on single byline stories only if the reporter was at the location cited in the dateline. We do not use a dateline if someone credited only in the tagline was there. For stories with multiple   bylines, at least one person cited in the byline must be on site for the dateline to be used. At the end of the story, the location   and roles of all reporters should be stated. We do not use datelines without substantial contributions from a reporter at the scene.

## Quotes

Quote marks tell the reader that the words of the speaker will follow. We do not alter quotes in any way except to mark with ellipses parts not used and to correct grammar mistakes, slang or dialect for clarity. The USA TODAY stylebook, which is located on the intranet home page, http://web.usat/webedit/ contains a section on writing without bias. It offers guidelines on preventing inadvertent slurs, stereotypes or misrepresentations regarding any individual or group.

## Photographs as illustrations

Readers must trust us to present photographs honestly. We use photographs as illustrations sparingly and in such ways that do not confuse or deceive the reader. We explain through clear captions and/or credit lines when two or more images are combined and try never to merge two people into a single image so it implies they were photographed together. All  photographs used as illustrations are approved by the Managing Editor for Design. In his absence, a DME for Design, and or the Executive Editor will approve.

## Freelancers/part  timers

Everyone who creates or edits content for USA TODAY is subject to these content best practices.

## A protocol for addressing problems

These best practices have been established to remind us of our responsibilities to the newspaper and our profession. We are mindful that our actions not only reflect on us personally, but on the newspaper and journalism as well. We hold ourselves accountable and may find ourselves in the awkward position of questioning the conduct of colleagues as well. Concerns about breaches of these guidelines should be brought to the Editor, Executive Editor or the department Managing Editor who will deal with each situation confidentially.

GANNETT_CAMPBELL_000266



GANNETT

USA TODAY - Multimedia
7950 Jones Branch Dr.
McLean, Virginia 22108
(703) 854-3719

Dear USA TODAY Vendor:

USA TODAY is committed to equal opportunity for all. As a member of the business community, we are in a position to contribute significantly to the economic growth and development by identifying and using minority and female vendors.

To identify current minority and female vendors, we are asking our present sources of supply to respond to the questionnaire below.

Please mail your response to the above address, or fax it to: (703) 854-8055

---

A minority or female-owned business is defined by the federal government as a business at least 51% owned by minority or female group members. Minority group members are: African Americans, Hispanics, Asian or Pacific Islanders, Native Americans and Alaskan natives.

_____Yes, company is a minority vendor, according to the above guidelines

_____No, company is not a minority vendor, according to the above guidelines.

Are you a business that is at least 51% owned by: (Check One)

_____Minority Vendor (Male)

_____Minority Vendor (Female)

_____Non-Minority Vendor (Female)

Signature:_____

Name: (print):_____

Title:_____

GANNETT_CAMPBELL_000267



**GANNETT**

RETURN
COMPLETED FORM TO ►

NATIONAL SHARED SERVICE CENTER
PO BOX 750
FISHERS, IN 46038-0750
PHONE: 800-988-1005 OPTION 1
FAX: 317-444-5350
NSSC-AP@GANNETT.COM

## DIRECT DEPOSIT AUTHORIZATION FORM / SUBSTITUTE W9

**ACTION NEEDED:**

**START** DIRECT DEPOSIT ☐    **CHANGE** DIRECT DEPOSIT ☐    **STOP** DIRECT DEPOSIT ☐    **ADDRESS CHANGE** ☐

**NEWSPAPER NAME/CITY:** _____

**VENDOR TYPE:**    CARRIER/AGENT ☐    FREELANCE/CORRESPONDENT ☐    OTHER ☐    _____

**LEGAL NAME**
(as shown on your income tax return) _____

**BUSINESS NAME** OR d/b/a,
if different from above _____

Check appropriate box for federal tax classification; check only **one** of the following seven options:

Individual/sole proprietor or ○    C Corporation ○    S Corporation ○    Partnership ○    Trust/estate ○
single-member LLC

Limited liability company. ○    Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ►

Exemptions:   Exempt payee code _____    Exemption from FATCA reporting code _____
(Applies to accounts maintained outside of US)

Other ○  ►  _____

**ADDRESS**  (Recommended)
(number, street, & apt/suite no.) _____
**CITY / STATE / ZIP** _____

**EMAIL ADDRESS / PHONE NUMBER**
(REQUIRED) _____

**TAX ID NUMBER (SSN or EIN - 9 DIGITS)**

__ __ __ — __ __ — __ __ __

Enter your TIN in the box to the left. The TIN must match the LEGAL NAME given above to avoid backup withholding. For individuals this is typically your SSN, for other entities it is your EIN (Employer Identification Number).

**CERTIFICATION:**

Under penalties of perjury, I certify that:
1. The number shown on this form is my correct taxpayer identification number; and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person; and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.
Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return; and
5. I authorize Gannett National Shared Service Center to deposit accounts payable payments directly to the account named below.  This includes authorization to make correcting debit or credit entries or adjustments when necessary.  If business/individual listed above is not the owner of this account, NSSC requires a signed document from account holder providing authorization to make deposits into account listed.
The IRS does not require your consent to any provisions of this document other than certifications required to avoid backup withholding (1-4).
Direct Deposit certification (5) is required by Gannett.

**BANK NAME:** _____    **ACCOUNT TYPE:**    **CHECKING** ☐    **SAVINGS** ☐

**ABA ROUTING NUMBER (9 DIGITS):** __ __ __ — __ __ __ — __ __ __

**ACCOUNT NUMBER:** _____

This authority will remain in full force and effect until Gannett National Shared Service Center has received written notification from me of its termination in such time and in such manner as to afford Gannett NSSC a reasonable opportunity (30 days) to act on it.

**A COPY OF A VOIDED CHECK MUST ACCOMPANY THIS FORM.**
If a voided check cannot be provided, a form or letter from your bank will be accepted. Form/letter must be validated/signed by a financial institution and include printed Bank Name, Account type, ABA Routing #, Account #, Name on Account, and bank/financial institution logo. **NOTE: Handwritten banking information, deposit slips, or starter checks will not be accepted.**

*Please return* **COMPLETED FORM** *& direct any* *questions/concerns* *directly to Gannett NSSC ( Contact Info Upper-Right Corner )*

**AUTHORIZED SIGNATURE:** _____    **DATE:** _____

(REV: 3/2016)