```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE WESTERN DISTRICT OF MISSOURI
 3                        WESTERN DIVISION
 4    STEPHANIE CAMPBELL,
 5            Plaintiff,
 6       -vs-                      Case No.:  4:21-cv-00557-RK
 7    GANNETT COMPANY, INC., et al.,
 8            Defendants.
 9    _____/
10                         DEPOSITION OF
11                  JAMES HARRINGTON, CPA, CFF
12                       October 11, 2022
                            10:23 a.m.
13
14
15                          Taken at:
16                   MDD Forensic Accountants
17              3155 West Big Beaver, Suite 205
18                        Troy, Michigan
19
20
21
22
23    Court Reporter:
24    Patricia A. Everett, CSR-4602, Notary Public
25
```

```
 1              ads placed on any web pages containing a copyrighted
 2              photograph and for any other revenue which can be
 3              allocated to the use of the photograph.  That's
 4              something that is in your report; correct?
 5       A      Yes, it is.
 6       Q      Okay.  Would you agree that there must be more than just
 7              revenue allocated to the use of the photo; in fact, that
 8              the revenue must be generated because of the photo?
 9                        MR. SHAFFER:  Objection, form.
10                        THE WITNESS:  I guess the -- again, the
11              foundational element of my analysis is that the web page
12              that has the photograph is related to the story, and the
13              advertising that is on that page would be attributed to
14              the use of the photograph.
15       BY MR. MARTINEAU, CONTINUING:
16       Q      But the advertisement that's on that page is -- why is
17              it attributed to the photograph?  That's what I don't
18              understand.
19       A      Again, you're generating -- you're -- you're attempting
20              to generate viewers and users to see the page, and then
21              by default be exposed to the advertising that is
22              resident on that page.
23       Q      Are you suggesting, then, that but for the use of the
24              photograph that revenue would not have been received?
25                        MR. SHAFFER:  Objection, misstates his
```

```
 1    testimony.  Form.
 2                   THE WITNESS:  No, that's not -- that's
 3    not how, as I understand it, disgorgement analysis
 4    works.  This -- they have in this -- in this matter
 5    Gannett has -- and the defendants have advertising
 6    revenues that were earned from the advertisers that are
 7    placing ads on the page that contains the copyrighted
 8    photograph.
 9    BY MR. MARTINEAU, CONTINUING:
10  Q  So it doesn't matter to you, then, that it was a
11     photograph of me that's on that page.  As long as
12     there's advertisement associated or adjacent to that
13     page then that's revenue that's appropriately considered
14     for purposes of disgorging profits?
15  A  As a starting -- starting point, yes.  Now, the -- the
16     -- from the defendants' side in a matter such as this
17     they'll look at that and presumably say, well, there are
18     a couple of things on there that may be -- you may be
19     able to attribute some of the advertising revenue to
20     those items or elements of the -- of the web page.
21                   That is -- that is data that I haven't
22     seen, and as I understand Mr. Shaffer has asked for
23     repeatedly that we haven't -- we haven't gotten.  So
24     that -- that sort of attribution of revenue to just the
25     photograph is -- is sort of an exercise that is beyond
```

Veritext Legal Solutions
www.veritext.com                                                888-391-3376

Case 4:21-cv-00557-RK    Document 144-5    Filed 03/24/23    Page 3 of 4

1  what is here and is something that is really the
2  defendants' burden to do that sort of an apportionment.
3  Q  Okay.  Directing your attention, then, to footnote
4     number 19 in paragraph 46 of your report, what data are
5     you suggesting that you need to determine revenues,
6     quote, attributable to the infringement?
7  A  I have -- I don't have specific knowledge of how Gannett
8     keeps track of advertising and -- and page hits and that
9     sort of data that would allow some sort of an
10    apportionment of the revenues specifically to the
11    infringing use of the photograph.
12 Q  Would you agree that it would be inappropriate to simply
13    speculate that a particular allegedly infringing item
14    resulted in profits for the infringer?
15 A  No, I would not speculate.
16 Q  So you would agree that it would be inappropriate to
17    speculate about that?
18 A  I'm sorry, could you ask your question again?  Maybe I
19    missed something.
20 Q  Sure, let me repeat it.  That's fine.  Would you agree
21    with me that it would be inappropriate to simply
22    speculate that a particular allegedly infringing item
23    resulted in profits or revenues for the infringer?
24 A  I've assumed that the photograph appeared on the web
25    pages of the individual defendants, and there were